J. HOWARD JOHNSON, as Receiver, et al., Respondents, *v.* JOHN M. SMITH, as Treasurer of the County of Albany, et al., Appellants.

Submitted March 1, 1948; decided March 18, 1948.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements without prejudice to a further application following the possible entry of an order of the Appellate Division resettling, *nunc pro tunc*, the court's order granting permission to appeal to the Court of Appeals. [See 297 N. Y. 165.]